| | | |
|---|---|---|
| **FIFTH THIRD BANK** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:11-0847** |
| | ) | **JUDGE SHARP** |
| **WILLIAM P. DUTTON, et al.,** | ) | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal without Prejudice (Docket No. 33) and Stipulation of Voluntary Dismissal with Prejudice (Docket No. 34) filed by the plaintiff, Zeta Group is hereby dismissed without prejudice, and Defendants William P. Dutton and Darlene Dutton are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1